IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHLEEN M. POTTER    :

    Plaintiff    :

v    :    Civil Action No.: AMD-02-3728

JAMES C. POTTER, et al.    :

    Defendants    :

.....oOo.....

## ORDER

Having found no basis for waiving the filing fee in this case, plaintiff bears the responsibility for effecting service of process on the defendants. Pursuant to Fed. R. Civ. P. 4, plaintiff may effectuate service by presenting summons to the Clerk of the Court for signature and seal and then serving a copy of the summons and complaint on the defendants. Service of the summons and the complaint may be effected **by any person who is not a party and who is at least 18 years of age**.

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and complaint must promptly notify this Court, through an affidavit, that he or she has served the defendant.[1] If plaintiff does not use a private process service, and instead uses registered or certified mail to make service, she must file with the Court the United States Post Office acknowledgment as proof of service.

For the reasons stated in the foregoing Memorandum it is this 25th day of

---

[1] If there is no record in the court file that service was effected on the defendants, plaintiff risks dismissal of her cause of action. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effected service of process within 120 days of filing the pleading seeking the affirmative relief, the Court may enter an order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within fourteen (14) days of the entry of the order or such other time as may be set by the Court, the claim shall be dismissed without prejudice.

_____, 2002 hereby ORDERED that:

1. The Motion to Proceed Without Payment of Costs is DENIED and Plaintiff is DIRECTED to pay the $150.00 to the Clerk of this Court within 20 days of the date of this Order;

2. Plaintiff is FOREWARNED that her failure to pay the filing fee by the specified date can result in dismissal of her claim without further notice from this Court;

3. All claims made by Plaintiff in her Complaint that allege criminal or constitutional violations are DISMISSED, the only remaining claim to be decided in this Court will be whether or not Plaintiff is entitled to the property, or the proceeds from the sale of the property, known as the North East Church of Christ in Elkton, Maryland;

4. The Clerk is directed to MAIL a copy of the foregoing Memorandum along with a copy of this Order to Plaintiff; and

5. The Clerk of the Court shall TAKE ALL NECESSARY STEPS to prepare and issue summons and to return summons and service copies of the complaint to the plaintiff.

_____
Andre M. Davis
United States District Judge